*Davis, et al.* vs. *Imboden.*

DAVIS, ET AL. vs. IMBODEN.

In a action upon an assigned bond, the plea of *non est factum* admits the assignment.

APPEAL from the Washington Circuit Court.

FRISSELL, *for Appellants, insists:*

1st. That the Court permitted illegal testimony to go to the Court, sitting as a jury.
2d. That the Court erred in not granting a new trial.

SCOTT & JOHNSON *for Appellee.*

SCOTT, J., *delivered the opinion of the Court.*

Imboden, assignee, sued Hunter and others upon a bond for the payment of money. The plea was *non est factum.* The defence set up was, that the bond was not assigned by the legal owner of it to Imboden.

The defence was inadmissible, under the plea of *non est factum;* that plea admitted the truth of all the allegations contained in the declaration, except the execution of the instrument sued on. Ragland vs. Ragland, 5 Mo. R. 54.

The other Judges concurring, the judgment of the Court below will be affirmed.